**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-106-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **WAYNE JENNINGS COOPER,** | |
| **Defendant.** | |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture

Allegation (Doc. 31), contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the

indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this ___29th___ day of January, 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1